IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:20-CR-00250-1M
Civil No. 5:24-CV-00307-M

DEXTER JAMAL WILLIAMS,  )
  )
    Petitioner,  )
  )    ORDER
v.  )
  )
UNITED STATES OF AMERICA,  )
  )
    Respondent.  )

This matter comes before the court on the Petitioner's motion to vacate, set aside, or correct the sentence pursuant to 28 U.S.C. § 2255 [DE 209]. Because the petitioner's filing was not in compliance with Rule 2(c) of the Rules Governing § 2255 Proceedings and Local Civil Rule 81.2, the court provided Petitioner with the proper form and a deadline by which to file his request. DE 213. Petitioner filed nothing in response, so the court issued an order attaching another form for Petitioner's use and directed Petitioner to show cause why the matter should not be dismissed for his failure to prosecute. DE 214. The court warned Petitioner that, if he failed to respond before the new deadline, the matter may be dismissed without further notice. *Id.*

The deadline, August 14, 2024, has passed and Petitioner has filed nothing. Accordingly, the court DENIES WITHOUT PREJUDICE the pro se motion to vacate, set aside, or correct his sentence.

SO ORDERED this __23d__ day of August, 2024.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE